IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

AMOS TIMOTHY PINDER,

        Appellant,

v.

STATE OF FLORIDA,

        Appellee.

Case No.    5D22-667
LT Case No. 2017-CF-0001460-A

_____/

Decision filed May 17, 2022

3.850 Appeal from the Circuit Court
for Sumter County,
Mary Hatcher, Judge.

Amos T. Pinder, Live Oak, pro se.

No Appearance for Appellee.

PER CURIAM.

     AFFIRMED.


HARRIS, TRAVER and NARDELLA, JJ., concur.